JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY LIMACO, | ) | No. CV 12-7063-JFW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RON BARNES (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  November 3, 2014

_____
JOHN F. WALTER
United States District Judge